AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

THE NARRAGANSETT ELECTRIC COMPANY

V.

CONSTELLATION ENERGY COMMODITIES GROUP, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 404S

TO: (Name and address of Defendant)

Constellation Energy Commodities Group, Inc.
c/o Registered Agent
John L. Wood
750 East Pratt Street
Baltimore, MD 21202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald J. Petros
Robin L. Main
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9.11.06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **THE NARRAGANSETT ELECTRIC COMPANY**<br><br>Plaintiff/Petitioner | Hearing Date:<br><br>CAUSE NO.<br>**CA 06 404S** |
| vs.<br>**CONSTELLATION ENERGY COMMODITIES GROUP, INC**<br><br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT; CIVIL COVER SHEET** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **11th day of September, 2006, at 3:38 PM**, at the address of **750 E PRATT Street , BALTIMORE, Baltimore City County, MD** ; this affiant served the above described documents upon **CONSTELLATION ENERGY COMMODITIES GROUP, INC.**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **MARK HACKMAN, REGISTERED AGENT**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

**Damon Rhue**

My Comm. Exps 11/22/2007

SUBSCRIBED AND SWORN to before me this 11th day of September, 2006

NOTARY PUBLIC in and for the State of **Maryland**

ABC's Client Name
**PFI MISC H**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4174267**