UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| The Narragansett Electric Company<br>Plaintiff<br><br>v.<br><br>Constellation Energy Commodities Group, Inc.<br>Defendant | ) | Dkt. No. 06-404S |

**STIPULATION**

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree to extend the time up to and including October 23, 2006 within which Defendant, Constellation Energy Commodities Group, Inc., may respond to Plaintiff's Complaint.

/s/ Stacey P. Nakasian
Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

/s/ Robin Main
Gerald J. Petros (#2931)
Robin Main (#4222)
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600-Fax

Dated: October 4, 2006

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW LITIGATION

*Stacey P. Nakasian*
*snakasian@duffysweeney.com*

September 26, 2006

***Via Facsimile***
Robin Main, Esq.
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Re: The Narragansett Electric Company v. Constellation Energy Commodities Group, Inc.
USDC No. 06-404S

Dear Robin:

Attached is a Stipulation extending the time up to and including October 23, 2006 for Constellation Energy Commodities Group, Inc. to respond to The Narragansett Electric Company's Complaint.

Please indicate your approval of the Stipulation by signing below so that I may file the Stipulation and approval electronically as required by the District Court's new electronic filing rules. Thank you.

Sincerely,

Stacey Nakasian / emh

Stacey P. Nakasian

SPN/emh
Enclosure

Stipulation Approved

Robin Main