# EXHIBIT G

Market Place
.e 500
Baltimore, Maryland 21202
410.468.3500
410.468.3540 Fax

Constellation Energy
Commodities Group

August 1, 2006

Mr. Michael J. Hager
Manager, Distribution Energy Services
National Grid USA Service Company, Inc.
55 Bearfoot Road
Northboro, MA 01532

Re: Two Wholesale Standard Offer Service Agreements between Blackstone Valley Electric Company, Eastern Edison Company, Newport Electric Corporation and Constellation Energy Commodities Group, Inc., both dated December 21, 1998, as amended, and two Power Supply Agreements between The Narragansett Electric Company and Constellation Energy Commodities Group, Inc., dated October 5, 2001 and August 23, 2002 respectively, as amended (collectively, the "Agreements")

Dear Mr. Hager:

As a result of certain recent market changes, including but not limited to the Federal Energy Regulatory Commission's recent acceptance of the Forward Capacity Market settlement and the implementation of new ancillary services markets (ASM Phases I and II), Constellation Energy Commodities Group, Inc. (f/k/a Constellation Power Source, Inc.) ("Constellation") hereby invokes its right under each of the above-referenced Agreements to require a prompt, face-to-face meeting between senior representatives of our respective companies in order to negotiate appropriate compensation to Constellation for the increased costs which Constellation has and will incur under the Agreements in light of these market changes. We are available during the week of August 14, 2006 to meet with you at our offices, located at 111 Market Place, Suite 500, Baltimore, Maryland 21202, or at a more convenient, mutually agreed upon location.

Please contact me at (410) 468-3822 to discuss this matter further.

Very truly yours,

Edward J. Quinn

Edward J. Quinn
Managing Director