UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION ENERGY COMMODITIES GROUP, INC.<br><br>Defendant. | C.A. NO. 06-404S |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Plaintiff, The Narragansett Electric Company, respectfully moves this Court for an extension up to and including December 8, 2006 to respond to Defendant's Motion to Dismiss or, in the Alternative, to Compel Arbitration and Stay Proceedings. Plaintiff requires additional time to address the issues raised by Defendant's lengthy supporting memorandum. Plaintiff's counsel has conferred with Defendant's counsel, and Defendant assents to the filing of this motion.[1]

[1] Plaintiff notes that it stipulated that Defendant could have additional time to respond to its Complaint.

Respectfully submitted,

THE NARRAGANSETT ELECTRIC COMPANY
By its attorneys,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Robin Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Facsimile)
gjpetros@haslaw.com
rmain@haslaw.com

Dated: November 3, 2006.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006, a copy of the foregoing Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com