**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**The Narragansett Electric Company**
**Plaintiff**

**v.** **Dkt. No. 06-404S**

**Constellation Energy Commodities Group, Inc.**
**Defendant**

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Constellation Energy Commodities Group, Inc. hereby moves that Teresa M. Goody be admitted PRO HAC VICE in the above case as counsel with local counsel identified below:

Defendant,
Constellation Energy Commodities Group, Inc.
By: Stacey P. Nakasian (Bar No. 5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated:

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Virginia and of the following Federal District Court: U.S. District Court for the District of Columbia, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this court respecting the participation of local

Case 1:06-cv-00404-S-DLM Document 5 Filed 10/18/2006 Page 2 of 2

counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Teresa M. Goody (VA Bar ID # 50994)
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 20005-3096
202-756-8000-Phone
202-756-8087-Fax

---

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel:

/s/ Stacey P. Nakasian

Local Counsel
Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

---

**ORDER**

This Motion is hereby Granted

District Judge

Date: 11/7/06

WDC99 1299675-1.070626.0036