**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | C.A. NO. 06-404S |
| CONSTELLATION ENERGY COMMODITIES GROUP, INC. Defendant. | ) | |

**STIPULATION**

Plaintiff and Defendant hereby stipulate that the time within which Plaintiff shall respond to Defendant's Motion to Dismiss is extended to and includes Wednesday, December 13, 2006. Plaintiff and Defendant further stipulate that the time within which Defendant may file and serve any reply memorandum is extended to and includes Monday, January 8, 2007. See E-mail, attached as Exhibit A indicating the assent of the Defendant. The parties respectfully request that the Court grant these stipulated extensions of time.

THE NARRAGANSETT ELECTRIC COMPANY
By its Attorneys,

/s/ Robin L. Main

Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
rmain@haslaw.com

CONSTELLATION ENERGY COMMODITIES GROUP, INC.
By its Attorney,

/s/ Stacey P. Nakasian

Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)
snakasian@duffysweeney.com

Dated: December 4, 2006

# Exhibit A

**From:** Stacey Nakasian [mailto:snakasian@duffysweeney.com]
**Sent:** Monday, December 04, 2006 10:56 AM
**To:** Main, Robin L.
**Subject:** RE: Narragansett Elec. V. CECG

OK. So stip will be 12/13 on your opposition and 1/8 for our reply. Thanks.