**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE NARRAGANSETT ELECTRIC COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CONSTELLATION ENERGY COMMODITIES GROUP, INC.,**<br><br>**Defendant.** | ) | **C.A. NO. 06-404S** |

**ENTRY OF APPEARANCE**

Now comes Leo J. Wold and hereby enters his appearance on behalf of the State of Rhode and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers.

Respectfully submitted,

By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Leo J. Wold

Leo J. Wold, # 3613
150 South Main Street
Providence, RI 02903
Tel: 401-274-4400, ext. 2218
Fax: 401-222-3016
LWold@riag.ri.gov

January 17, 2007

## CERTIFICATION

I certify that on January 17, 2007, a copy of the within Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Leo J. Wold

Leo J. Wold, # 3613
150 South Main Street
Providence, RI 02903
Tel: 401-274-4400, ext. 2218
Fax: 401-222-3016
LWold@riag.ri.gov