EXHIBIT C

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Devon Power LLC, *et al.* Docket No. ER03-563-055

ORDER OF CHIEF JUDGE EXTENDING
TIME TO FILE SETTLEMENT AND CONTINUING
SETTLEMENT JUDGE PROCEDURES

(Issued February 1, 2006)

1. On January 31, 2006, Settlement Judge Brenner reported to the Commission and to the Chief Judge that after intense settlement negotiations and numerous conferences and meetings, participants have come to an agreement in principle that resolves all issues in these proceedings. Judge Brenner further reported that the agreement in principle leaves numerous details to be worked out in final documentation and that documentation needs to occur before the settlement is formally filed with the Commission.

2. In order to allow participants to finalize the settlement details and to reduce the settlement in principle to writing and file it with the Commission, the time for filing the settlement is extended until March 6, 2006.

3. The settlement judge procedures will remain open until reply comments are filed on April 12, 2006, in order that Settlement Judge Brenner can assist participants in preparing the settlement documents, if necessary.

Curtis L. Wagner, Jr.
Chief Administrative Law Judge

114 FERC ¶ 63,017
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Devon Power LLC, *et al.* Docket No. ER03-563-055

REPORT BY SETTLEMENT JUDGE

(Issued January 31, 2006)

TO THE CHIEF JUDGE AND THE COMMISSION:

1. I am pleased to report that most of the parties have reached an agreement in principle on a settlement that, if accepted by the Commission, will resolve all issues in this proceeding, which concerns the development of a market-based mechanism to ensure the reliability of the New England regional electricity market. The agreement in principle is outlined in a 28 page Settlement Term Sheet. The Settlement Term Sheet addresses principles both for the short-term and the long-run. In the short term, the agreement provides for fixed capacity payments during a multi-year transition period beginning December 1, 2006. Those payments will produce revenue certainty for generators and material savings for consumers, in that they are significantly less than those that would have been required if LICAP were approved as reflected in the initial decision in this proceeding. Longer term, the proposal will result in a capacity market designed to acquire resources through an auction mechanism held in advance of when capacity would be needed and to provide necessary market incentives to suppliers to be available when required to satisfy reliability needs of the region. These incentives will include a mechanism to increase payments to capacity providers that are available during scarcity periods, and to reduce payments to those that are not available, based on modifications to the shortage hours design that has been favored by ISO New England, state regulators and load-serving entities.

2. Under the contemplated settlement, in contrast to the LICAP proposal that was ruled upon in the initial decision, the New England region would adopt a forward procurement market design similar in key respects to the conceptual proposal by state regulators. That conceptual proposal, which was presented to and discussed with the Commission in September, provides for a competitive auction and commitment for capacity three years in advance of the region's needs. This lead time is intended to be long enough to permit demand-side resources and new generation sufficient opportunity to compete effectively with existing

generation. As reflected in the Settlement Term Sheet, commitments to these new resources are designed to be sufficiently certain and binding to facilitate new project financing.

3. The Settlement Term Sheet reflects substantial compromises by all involved parties. Over time, there were more than 175 individuals representing over 100 parties in the proceeding. A consolidated list of persons and parties participating in settlement discussions is attached to this report. The Settlement Term Sheet is the product of over 29 days of settlement discussions with my direct involvement as the settlement judge, with numerous meetings among negotiating parties before, between, and following all such days.

4. Except as expressly noted below, the parties have a good faith belief that they will be able to support or not contest a settlement consistent with the Settlement Term Sheet and agree to work in good faith to finally document and support a more detailed settlement agreement consistent with the Settlement Term Sheet. That Term Sheet leaves many details for further discussion and clarification, and parties' support for the Term Sheet presupposes that they resolve those details to their satisfaction.

5. The parties worked diligently for complete agreement on all points, but did not achieve 100% support for the Settlement Term Sheet. With the number of parties and diverse interests, there are understandably some issues resolved in the Settlement Term Sheet in ways that caused parties to conclude that they could not support this settlement. Parties will continue to explore ways to settle with the objecting parties. Absent success in that regard, however, the Commission can expect that not all parties will fully support the final settlement.

6. A small number of the parties active in the settlement discussions were either not present or unable to vote at the January 31, 2006 settlement conference. In addition, the following parties have indicated at this time that they will oppose the settlement:

- Central Maine Power Company
- Connecticut Office of the Attorney General
- Constellation Energy Commodities Group
- Energy Consortium
- IECG
- Maine PUC
- Massachusetts Attorney General
- Massachusetts DTE
- NSTAR Electric & Gas Corporation

7. At this time, the agreement in principle leaves numerous details to be worked out in final documentation and that documentation needs to occur before the settlement is formally filed with the Commission. The parties and I join in requesting that the Commission extend the settlement judge procedures to April 12, 2006. As part of this extension the Commission should require that the parties file the settlement agreement and accompanying documents within 34 days, by March 6, 2006. Initial and reply comments would then be due by March 27 and April 6, respectively. I would then report or certify the proposed settlement to the Commission by April 12.

Lawrence Brenner
Settlement Judge

**FEDERAL ENERGY REGULATORY COMMISSION**

**Case: Devon Power LLC, et al** **Docket No. ER03-563-000**

**Attendees In Settlement Conferences For Devon Power LLC, et al**

| Representative | Party / Participant |
|---|---|
| | |
| Dorothy Capra | American National Power, Inc. |
| David Musselman | American National Power, Inc. |
| Jeff Jones | Bangor Hydro |
| Jack Sheehan | Berkshire Power Company, LLC |
| Brian Buck | Berkshire Power Company, LLC |
| Phil Lookadoo | Berkshire Power Company, LLC |
| Bill Fowler | Boston Generating / Lake Road Generating |
| Scott Silverstein | Boston Generating |
| John Estes | Boston Generating/ Entergy / Skadden Arps |
| Richard Kanoff | Calpine Corporation |
| Jeff Williamson | Calpine Corporation |
| Thomas Kaslow | Calpine Corporation |
| Elaine Walsh | Calpine Corporation / Kirkland |
| Morgan Davies | Calpine Corporation |
| Eric Stinneford | Central Maine Power |
| Brian Forshaw | Connecticut Municipal Electric Energy Cooperative |
| Jim Cater | Central Vermont Public Service |
| Bill Ryan | Central Vermont Public Service |
| John Coyle | Concord, Reading Wellesley/ Duncan & Allen |
| Paul Breakman | Concord, Reading, Wellesley/ Duncan & Allen |
| Kenneth Bekman | ConEd Energy |
| Doug Hurley | Conservation Services Group / Synapse Economics |
| Daniel Allegretti | Constellation |
| Tom Bessette | Constellation |
| Sandi Hennequin | Constellation |
| Michael Yuffee | Constellation |
| Robert Stoddard | CRA International |
| John Wright | CT Office of Attorney General |
| Michael Wertheimer | CT Office of Attorney General |
| Eric Jacobi | CT DPUC |
| Robert Luysterborghs | CT DPUC |
| Jack Goldberg | CT DPUC |
| Mary Healey | CT Office of Consumer Counsel |
| Joe Rosenthal | CT Office of Consumer Counsel |
| Randall Speck | CT DPUC / Kaye Scholer |
| Kimberly Brickell | CT DPUC / Kaye Scholer |
| Miles Bidwell | CT DPUC / Power Economics |
| Wesley Walker | Dominion |
| Greg Workman | Dominion |
| Dan Weekley | Dominion |
| Lou Oberski | Dominion |

**FEDERAL ENERGY REGULATORY COMMISSION**

**Case: Devon Power LLC, et al** **Docket No. ER03-563-000**

| Representative | Party / Participant |
|---|---|
| | |
| Stacy Dimou | Duke Energy |
| Larry Eisenstat | Duke Energy / Milford Power / PSEG Power CT/ DSMO |
| George Johnson | Duke Energy/ DSMO |
| Dennis Duffy | Energy Management Inc. |
| Philip Giudice | EnerNOC |
| Paul Wight | Entergy / Skadden |
| Ronald Mackowiak | Entergy Nuclear |
| Denise Foster | Exelon Generation |
| Lawrence Brenner | FERC ALJ |
| Janet Jones | FERC Staff |
| Roger St. Vincent | FERC Staff |
| Natara Feller | FERC Law Clerk |
| Joel Newton | FPL Energy |
| David Applebaum | FPL Energy |
| Fernando DaSilva | FPL Energy |
| Jan Bagnall | FPL Energy |
| Daniel Callaghan | Granite Ridge Energy |
| Howard Moffett | Granite Ridge Energy / Orr & Reno |
| Robert Stein | HQ US |
| Donald Sipe | Industrial Energy Consumer Group / Preti Flaherty |
| Roger Bacon | ISO New England |
| David LaPlante | ISO New England |
| Ray Hepper | ISO New England |
| Kerim May | ISO New England |
| Robert Ludlow | ISO New England |
| Mark Karl | ISO New England |
| Vamsi Chadalavada | ISO New England |
| Kevin Kirby | ISO New England |
| Peter Cramton | ISO New England / Univ. of Maryland |
| Sherry Quirk | ISO New England / Sullivan & Worcester |
| Danielle Powers | ISO New England / Concentric Energy Advisors |
| William Cirvo | Kleen Energy |
| Bill Killgoar | LIPA |
| Roni Epstein | LIPA |
| David Yaffe | LIPA / Van Ness |
| Alex Cochis | MA Atty. General |
| Joseph Rogers | MA Atty. General |
| Donna Sorgi | MA Atty. General |
| Timothy Newhard | MA Atty. General |
| Paul Afonso | MA DTE |
| Judith Judson | MA DTE |
| Boris Shapiro | MA DTE |
| Rose Ann Pelletier | MA DTE |

**FEDERAL ENERGY REGULATORY COMMISSION**

**Case: Devon Power LLC, et al** **Docket No. ER03-563-000**

| Representative | Party / Participant |
|---|---|
| | |
| Barry Perlmutter | MA DTE |
| Ron LeComte | MA DTE |
| Sheila Renner | MA DTE |
| Kurt Adams | Maine PUC |
| Tom Austin | Maine PUC |
| Lisa Fink | Maine PUC |
| Joy Matson | Maine PUC / Harkins Cunningham |
| James Boone | Maryland Public Service Company |
| Christopher Fleming | MASSPOWER |
| Gary Lambert | Milford Power |
| Peter Podurgiel | Milford Power |
| Michael Wentworth | Milford Power / DSMO |
| Carrie Allen | Mirant |
| Philip Smith | Mirant |
| Peter Fuller | Mirant |
| Timothy Peet | MMWEC |
| Scott Strauss | MMWEC, CMEEC / Spiegel McDiarmid |
| Melinda Claybaugh | MMWEC, CMEEC / Spiegel McDiarmid |
| Timothy Brennan | National Grid |
| Colin Owyang | National Grid |
| Ken Jaffe | National Grid |
| Thomas Robinson | National Grid |
| John D. Warshaw | National Grid |
| John Farr | NEPGA |
| Angela O'Connor | NEPGA |
| David Doot | NEPOOL / Day Berry & Howard |
| Patrick Gerity | NEPOOL / Day Berry & Howard |
| Paul Belval | NEPOOL / Day Berry & Howard |
| Michelle Gardner | NEPOOL / Day Berry & Howard |
| Cindy Jacobs | NEPOOL / Day Berry & Howard |
| Gene Meehan | NERA |
| Jonathan Falk | NERA |
| Chantale LaCasse | NERA |
| Paul Peterson | NH Office of Consumer Advocate / Synapse Economics |
| Ezra Hausman | NH Office of Consumer Advocate / Synapse Economics |
| Mike Harrington | NH PUC |
| Thomas Getz | NH PUC |
| Pradip Chattopadhyay | NH PUC |
| Tom Frantz | NH PUC |
| Mary Coleman | NH PUC |
| Graham Morrison | NH PUC |
| Clifton Below | NH PUC |
| Bob Weishaar | NICC / McNees Wallace & Nurick |

**FEDERAL ENERGY REGULATORY COMMISSION**

**Case: Devon Power LLC, et al** **Docket No. ER03-563-000**

| Representative | Party / Participant |
|---|---|
| | |
| Susan Bruce | NICC / McNees Wallace & Nurick |
| Lisa Thibdaue | Northeast Utilities |
| David Errichetti | Northeast Utilities |
| Phyllis Lemell | Northeast Utilities |
| James Shuckerow | Northeast Utilities |
| Bill O'Brien | Northeast Utilities |
| Joel Gordon | NRG |
| Steve Corneli | NRG |
| Thomas Wettlaufer | NRG |
| Christopher O'Hara | NRG |
| Ziad Fleyhan | NSTAR |
| Michael Swider | NSTAR |
| James Daly | NSTAR |
| Ellen Angley | NSTAR |
| Steve Teichler | NSTAR / Duane Morris |
| Stephanie Conaghan | NSTAR / Duane Morris |
| George Wood | Oak Point Energy |
| Thomas Atkins | Pinpoint Power |
| Robert Grassi | PPL |
| Sharon Weber | PPL |
| Dan Ciullo | PSEG |
| Jason Lewis | PSEG |
| Kate Gerlach | PSEG |
| Gary Greiner | PSEG |
| Paul Roberti | RI AG |
| Elia Germani | RI PUC |
| Doug Hartley | RI PUC |
| Joe Staszowski | Select Energy |
| Andrew Katz | Select Energy |
| Barry Trayers | Sempra Trading |
| Pamela Melton | Strategic Energy |
| Nancy Chafetz | Strategic Energy / CES |
| Mary Smith | The Energy Consortium |
| Roger Borghesani | The Energy Consortium |
| Angela Avery | TransCanada |
| Michael Hachey | TransCanada |
| Stuart Ormsbee | TransCanada |
| Ken Wiseman | TransCanada / Andrews Kurth |
| Bob Gagliardi | United Illuminating |
| Stephen Goldschmidt | United Illuminating |
| Phil Nowak | United Illuminating / Akin Gump |
| Fairley Spillman | United Illuminating / Akin Gump |

**FEDERAL ENERGY REGULATORY COMMISSION**

**Case: Devon Power LLC, et al** **Docket No. ER03-563-000**

| Representative | Party / Participant |
|---|---|
| | |
| David Foote | Unitil |
| Brian Evans-Mongeon | Vermont Public Power Supply Authority |
| Sandra Waldstein | VT Public Service Board |
| James Volz | VT Public Service Board |
| Pam Stonier | VT Public Service Board |
| Hans Mertens | VT Department of Public Service |
| David O'Brien | VT Department of Public Service |