UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

v.

C.A. No. 06-404 S

CONSTELLATION ENERGY COMMODITIES GROUP, INC.

Defendant.

**ORDER**

The matter before the Court is the motion of the State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers (collectively, the "State") to intervene as of right pursuant Fed. R. Civ. P. 24(a), or, in the alternative, to intervene permissively under Fed. R. Civ. P. 24(b), and to join a claim pursuant to Fed. R. Civ. P. 18(a).

The State seeks to intervene as a plaintiff based on its capacity as a governmental entity that represents Rhode Island ratepayers, whom, the State contends, Plaintiff The Narragansett Electric Company ("Narragansett") does not adequately represent in this dispute. As a further ground for intervention as of right, the State points to language in a Settlement Agreement approved by the Federal Energy Regulatory Commission ("FERC") that, the State claims, bars Defendant Constellation Energy Commodities Group, Inc.

("Constellation") from recovering certain unforced capacity costs from Narragansett. Narragansett has filed a memorandum in support of the State's intervention, and Constellation has filed memoranda opposing intervention for several reasons.

The Court will defer decision on the State's motion until such time as the Court rules upon Constellation's Motion to Dismiss (to be heard on March 5, 2007), with the expectation that the Court will resolve the Motion to Intervene at the same time as the Motion to Dismiss. Meanwhile, the State may participate in this case as amicus curiae, and, until further notice, shall be allowed to be present at all conferences and proceedings, to file motions and memoranda, and to receive notice of filings by electronic mail.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 2/14/07