**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| The Narragansett Electric Company, Plaintiff, | ) | |
| v. | ) | C.A. No. 06-404S |
| Constellation Energy Commodities Group, Inc., Defendant. | ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant Constellation Energy Commodities Group, Inc. ("Constellation") hereby requests leave to file a Supplemental Memorandum in Support of its Motions to Dismiss or, in the Alternative, to Compel Arbitration and Stay Proceedings. A copy of Constellation's Supplemental Memorandum is attached as Exhibit A.

As grounds for this Motion, Constellation relies on the Memorandum of Law filed herewith.

Dated: March 2, 2007

Respectfully Submitted,

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

Kenneth W. Irvin (DC Bar #439395)
Teresa M. Goody
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: 202.756.8116
Fax: 202.756.8087

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing *Motion for Leave to File Supplemental Memorandum in Support of Motions to Dismiss or, in the Alternative, to Compel Arbitration and Stay Proceedings* with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

Gerald Petros, Esq.
Robin Main, Esq.
Hinkley Allen & Snyder, LLP
50 Kennedy Plaza
Providence, RI 02903

*Counsel for Narragansett Electric Co.*

Leo J. Wold, Esq.
Richard Woolley, Esq.
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

*Counsel for State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers*

/s/ Stacey P. Nakasian

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| The Narragansett Electric Company,<br>Plaintiff,<br><br>v.<br><br>Constellation Energy Commodities Group, Inc.,<br>Defendant. | ) | C.A. No. 06-404S |

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Defendant Constellation Energy Commodities Group, Inc. ("Constellation") submits this Memorandum in support of its Motion for Leave to file a Supplemental Memorandum in Support of its Motions to Dismiss or, in the Alternative, to Compel Arbitration and Stay Proceedings. The supplemental memorandum is necessary to notify the Court of a recent development relevant to the Court's consideration of the pending motions. Accordingly, Constellation respectfully requests leave of Court to file a Supplemental Memorandum in Support of its Motions to Dismiss or, in the Alternative, to Compel Arbitration and Stay Proceedings.

Dated: March 2, 2007

Respectfully Submitted,

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

Kenneth W. Irvin (DC Bar #439395)
Teresa M. Goody
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: 202.756.8116
Fax: 202.756.8087

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing *Memorandum in Support of Motion for Leave to File Supplemental Memorandum* with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

Gerald Petros, Esq.
Robin Main, Esq.
Hinkley Allen & Snyder, LLP
50 Kennedy Plaza
Providence, RI 02903

*Counsel for Narragansett Electric Co.*

Leo J. Wold, Esq.
Richard Woolley, Esq.
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

*Counsel for State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers*

/s/ Stacey P. Nakasian