**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| The Narragansett Electric Company,<br>Plaintiff,<br><br>v.<br><br>Constellation Energy Commodities Group, Inc.,<br>Defendant. | ) | C.A. No. 06-404S |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Constellation Energy Commodities Group, Inc. files in support of its motion to dismiss the complaint of The Narragansett Electric Company [docket no. 6] and its motion to dismiss the complaint of the State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers [docket no. 21] the attached Petition for Declaratory Ruling (Exhibit 1), filed with the Federal Energy Regulatory Commission on March 1, 2007. The petition seeks a ruling from FERC that the Settlement Agreement does not abrogate Constellation's right under the PPAs to an equitable adjustment.[1] Because FERC enjoys exclusive, or at least primary, jurisdiction over this dispute, the Court should dismiss this case pending FERC's ruling.

[1] Capitalized terms not defined herein have the meaning assigned in Constellation's opening memorandum in support of its motion to dismiss NEC's complaint [docket no. 6].

Dated: March 2, 2006

Respectfully Submitted,

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

Kenneth W. Irvin (DC Bar ID #439395)
Teresa M. Goody
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: 202.756.8116
Fax: 202.756.8087
E-mail: kirvin@mwe.com
E-mail: tgoody@mwe.com

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing *Supplemental Memorandum in Support of Motions to Dismiss or, in the Alternative, to Compel Arbitration and Stay Proceedings* with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

Gerald Petros, Esq.
Robin Main, Esq.
Hinckley Allen & Snyder, LLP
50 Kennedy Plaza
Providence, RI 02903

*Counsel for Narragansett Electric Co.*

Leo J. Wold, Esq.
Richard Woolley, Esq.
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

*Counsel for State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers*

/s/ Stacey P. Nakasian

WDC99 1356686-1.070626.0036