# EXHIBIT A

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Constellation Energy Commodities Group, Inc. Docket No. EL07-42-000

NOTICE OF FILING

(March 8, 2007)

Take notice that on March 1, 2007, Constellation Energy Commodities Group, Inc. (Constellation) filed a petition for declaratory order in which it requests that the Commission issue an order finding that the Settlement in *Devon Power LLC,* 115 FERC ¶ 61,340 (2006) does not modify or abrogate Constellation's Commission-jurisdictional wholesale power purchase agreements with Narragansett Electric Company (Narragansett).

Constellation states that copies of this filing have been served on Narragansett.

Any person desiring to intervene or to protest this filing must file in accordance with Rules 211 and 214 of the Commission's Rules of Practice and Procedure (18 CFR 385.211, 385.214). Protests will be considered by the Commission in determining the appropriate action to be taken, but will not serve to make protestants parties to the proceeding. Any person wishing to become a party must file a notice of intervention or motion to intervene, as appropriate. Such notices, motions, or protests must be filed on or before the comment date. On or before the comment date, it is not necessary to serve motions to intervene or protests on persons other than the Applicant.

The Commission encourages electronic submission of protests and interventions in lieu of paper using the "eFiling" link at http://www.ferc.gov. Persons unable to file electronically should submit an original and 14 copies of the protest or intervention to the Federal Energy Regulatory Commission, 888 First Street, N.E., Washington, D.C. 20426.

This filing is accessible on-line at http://www.ferc.gov, using the "eLibrary" link and is available for review in the Commission's Public Reference Room in Washington, D.C. There is an "eSubscription" link on the web site that enables subscribers to receive email notification when a document is added to a subscribed docket(s). For assistance with any FERC Online service, please email FERCOnlineSupport@ferc.gov, or call (866) 208-3676 (toll free). For TTY, call (202) 502-8659.

Comment Date: 5:00 pm Eastern Time on April 2, 2007

Philis J. Posey
Acting Secretary