UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

v.

CONSTELLATION ENERGY COMMODITIES GROUP, INC.

Defendant.

C.A. No. 06-404 S

**ORDER**

The matter before the Court is the motion of Constellation Energy Commodities Group, Inc. ("Constellation") for stay pending the outcome of a petition Constellation filed with the Federal Energy Regulatory Commission (the "FERC") on March 1, 2007. The petition asks the FERC to clarify § VIII(A) of the Settlement Agreement that the FERC approved on June 16, 2006, as part of a comprehensive settlement between several buyers and sellers of electricity in New England. Plaintiff New England Electric Co. has objected; the State of Rhode Island and the Rhode Island Division of Public Utilities (collectively, the "State"), participating as amicus, has objected as well.

While the circumstances of this case do not warrant a stay based solely on Constellation's petition with the FERC, see Arroyo-Melecio v. Puerto Rican Am. Ins. Co., 398 F.3d 56, 73-74 (1st Cir. 2005) (listing the factors to determine whether a court should

defer to an administrative agency), this writer believes that the FERC's response will be helpful in deciding the pending motions in this case (Constellation's Motion to Dismiss/Stay and the State's Motion to Intervene). See Distrigas of Mass. Corp. v. Boston Gas Co., 693 F.2d 1113, 1118 (1st Cir. 1982) (explaining that the FERC has special insight into the language of the orders that it approves). Accordingly, Constellation is directed to provide the Court with a copy of the FERC's decision as soon as reasonably possible.

Constellation's Motion to Stay is DENIED.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 4/9/07