**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

v. C.A. NO. 06-404S

CONSTELLATION ENERGY COMMODITIES GROUP, INC.,

Defendant.

**STIPULATION**

The Narragansett Electric Company and Constellation Energy Commodities Group, Inc. hereby stipulate that the Court may include in its decision the excerpts detailed in the October 17, 2007 e-mail from David Marquez, law clerk to the Honorable William E. Smith, to counsel of record.

THE NARRAGANSETT ELECTRIC COMPANY
By its Attorneys,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
rmain@haslaw.com

CONSTELLATION ENERGY COMMODITIES GROUP, INC.
By its Attorney,

/s/ Stacey P. Nakasian

Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)
snakasian@duffysweeney.com

Dated: October 19, 2007

# CERTIFICATION

**To:**

Kenneth W. Irvin, Esq.
Teresa M. Goody, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 2005-3096

I hereby certify that on October 19, 2007, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)
gpetros@haslaw.com
rmain@haslaw.com