UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| The Narragansett Electric Company, State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers<br><br>Plaintiff<br><br>v.<br><br>Constellation Energy Commodities Group, Inc.<br>Defendant | Dkt. No. 06-404S |

**STIPULATION**

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree to extend the time up to and including January 15, 2008 within which Defendant, Constellation Energy Commodities Group, Inc., may respond to the intervenor Complaint filed by the State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers.

**Defendant,**
Constellation Energy Commodities Group, Inc.
By Its Attorney

/s/ Stacey P. Nakasian
Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
snakasian@duffysweeney.com

and
Kenneth W. Irvin, Esq. (DC Bar #439395)
Teresa M. Goody, Esq. (VA Bar #50994)
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096
202-756-8000
202-756-8087-Fax
kirvin@mwe.com
tgoody@mwe.com

**Intervenor,**
State of Rhode Island
Providence Plantations and
The Rhode Island Division of
Public Utilities and Carriers
By Its Attorneys

/s/ Leo J. Wold
Leo J. Wold, Esq. (#3613)
Richard Woolley, Esq. (#1452)
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-3160-Fax
Lwold@riag.ri.gov