**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and the RHODE ISLAND DIVISION OF PUBLIC UTILITIES AND CARRIERS,

Intervenor-Plaintiff,

v.

CONSTELLATION ENERGY COMMODITIES GROUP, INC.,

Defendant.

C.A. NO. 06-404S

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Constellation Energy Commodities Group, Inc. ("Constellation") hereby appeals to the United States Court of Appeals for the First Circuit the order denying Constellation's motion to compel arbitration and to stay proceedings entered on the docket on the 11th day of December 2007 (Docket No. 42). Constellation's appeal concerns all four Power Purchase Agreements at issue in the underlying complaints of The Narragansett Electric Company ("NEC") and intervenors the State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers ("State"), and seeks immediate review under the Federal Arbitration Act, 9 U.S.C. §§ 16(a)(1)(A)–(B), of this Court's denial of Constellation's motion to compel arbitration and/or stay any non-arbitrable claims.

Dated: January 9, 2008

Respectfully Submitted,

*/s/ Stacey P. Nakasian*

Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

Kenneth W. Irvin (DC Bar ID #439395)
Paul M. Thompson
Teresa M. Goody
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: (202) 756-8000
Fax: (202) 756-8087
E-mail: kirvin@mwe.com
E-mail: pthompson@mwe.com
E-mail: tgoody@mwe.com

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2008, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

Gerald Petros, Esq.
Robin Main, Esq.
Hinkley Allen & Snyder, LLP
50 Kennedy Plaza
Providence, RI 02903
gpetros@haslaw.com
rmain@haslaw.com
*Counsel for Narragansett Electric Co.*

Leo J. Wold, Esq.
Richard B. Woolley, Esq.
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
lwold@riag.ri.gov

*Counsel for State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers*

*/s/ Stacey P. Nakasian*
Stacey P. Nakasian

*Attorney for Defendant*
*Constellation Energy Commodities Group, Inc.*