**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and the RHODE ISLAND DIVISION OF PUBLIC UTILITIES AND CARRIERS,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>CONSTELLATION ENERGY COMMODITIES GROUP, INC.,<br><br>Defendant. | ) | C.A. NO. 06-404S |

**DEFENDANT'S SUGGESTION OF THE ABSENCE OF JURISDICTION**
**AND/OR MOTION FOR STAY PENDING APPEAL**

Defendant Constellation Energy Commodities Group, Inc. ("Constellation") submits this suggestion that jurisdiction over the claims of plaintiff The Narragansett Electric Company ("NEC") and intervenors the State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers (the "State") has transferred to the United States Court of Appeals for the First Circuit by virtue of Constellation's appeal of this Court's denial of its motion to compel arbitration and to stay proceedings. Should the Court determine it retains jurisdiction over certain matters, for good cause Constellation moves this Court to stay proceedings pending Constellation's appeal. Constellation further respectfully suggests that the Court's December 27, 2007 Order setting a discovery conference for February 6, 2008, should be suspended pending the appellate court's resolution of its appeal.

Dated: January 9, 2008

Respectfully Submitted,

*/s/ Stacey P. Nakasian*

Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

Kenneth W. Irvin (DC Bar ID #439395)
Paul M. Thompson
Teresa M. Goody
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: (202) 756-8000
Fax: (202) 756-8087
E-mail: kirvin@mwe.com
E-mail: pthompson@mwe.com
E-mail: tgoody@mwe.com

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2008, I electronically filed the foregoing *Suggestion of the Absence of Jurisdiction and/or Motion for Stay Pending Appeal* with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

Gerald Petros, Esq.
Robin Main, Esq.
Hinkley Allen & Snyder, LLP
50 Kennedy Plaza
Providence, RI 02903
gpetros@haslaw.com
rmain@haslaw.com
*Counsel for Narragansett Electric Co.*

Leo J. Wold, Esq.
Richard B. Woolley, Esq.
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
lwold@riag.ri.gov

*Counsel for State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers*

*/s/ Stacey P. Nakasian*
Stacey P. Nakasian

*Attorney for Defendant*
*Constellation Energy Commodities Group, Inc.*