**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| The Narragansett Electric Company, State of Rhode Island and Providence Plantations and the Rhode Island Division Of Public Utilities and Carriers<br>Plaintiffs,<br><br>v.<br><br>Constellation Energy Commodities Group, Inc.,<br>Defendant. | C.A. No. 06-404S |

**NOTICE OF DEFENDANT CONSTELLATION ENERGY COMMODITIES GROUP OF FILING ANSWERS TO THE COMPLAINTS**

Defendant Constellation Energy Commodities Group, Inc. ("Constellation") filed its notice of appeal on January 9, 2007. Contemporaneously, Constellation filed a suggestion of the absence of jurisdiction and/or motion to stay pending appeal. Nonetheless, Constellation files its answers as a cautionary measure to comply with the Court's current schedule until this Court formally stays proceedings pending the appeal. Constellation maintains its position that the Court is without jurisdiction over this case by virtue of the notice of appeal.

Dated: January __, 2008

Respectfully Submitted,

Kenneth W. Irvin (DC Bar ID #439395)
Paul M. Thompson
Teresa M. Goody
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: 202.756.8000
Fax: 202.756.8087
E-mail: kirvin@mwe.com
E-mail: pthompson@mwe.com
E-mail: tgoody@mwe.com

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008 the foregoing *Notice of Defendant Constellation Energy Commodities Group of Filing Answers to the Complaints* was filed electronically with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

Leo J. Wold, Esq.
Richard Woolley, Esq.
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

*Counsel for State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers*

/s/ Stacey P. Nakasian
Stacey P. Nakasian

*Attorney for Defendant*
*Constellation Energy Commodities Group, Inc.*