**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION ENERGY COMMODITIES GROUP, INC.,<br><br>Defendant. | C.A. NO. 06-404S |

**PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S SUGGESTION OF THE ABSENCE OF JURISDICTION AND/OR MOTION TO STAY PENDING APPEAL**

Plaintiff, The Narragansett Electric Company ("Narragansett Electric"), respectfully moves this Court for a two-week extension of time, up to and including February 11, 2008, to respond to the "Suggestion of the Absence of Jurisdiction and/or Motion to Stay Pending Appeal" of Defendant, Constellation Energy Commodities Group, Inc. ("Constellation"). In support of this motion, Narragansett Electric states that it requires additional time to address thoroughly the issues raised by Constellation's supporting Memorandum of Points and Authorities.

Respectfully submitted,

THE NARRAGANSETT ELECTRIC COMPANY

By its attorneys,

/s/ Robin L. Main
Gerald J. Petros (#2931)
Robin Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Facsimile)
gjpetros@haslaw.com
rmain@haslaw.com

Dated: January 18, 2008.

**CERTIFICATION**

**To:**

Teresa M. Goody, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 2005-3096

I hereby certify that on January 18, 2008, a copy of the foregoing Emergency Motion to Extend Time to Respond to Defendant's Suggestion of the Absence of Jurisdiction and/or Motion to Stay Pending Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Robin L. Main
Gerald J. Petros (#2931)
Robin Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
rmain@haslaw.com