UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

COA #
08-1080

January 10, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Case Title: The Narragansett Electric Co. v. Constellation Energy Commodities
CA06-404S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Interlocutory Appeal together with a certified copy of the docket entries in the above case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

Enc: NOA, Certified Docket, Documents # (6, 12, 13, 21, 25, 29, 30, 32, 42, 49)