**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and the RHODE ISLAND DIVISION OF PUBLIC UTILITIES AND CARRIERS,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>CONSTELLATION ENERGY COMMODITIES GROUP, INC.,<br><br>Defendant. | ) | C.A. NO. 06-404S |

**RESPONSE OF CONSTELLATION ENERGY COMMODITIES GROUP, INC. TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S SUGGESTION OF THE ABSENCE OF JURISDICTION AND/OR MOTION TO STAY PENDING APPEAL**

Constellation Energy Commodities Group, Inc. ("Constellation") does not oppose the request of The Narragansett Electric Company ("NEC") for an extension until February 11, 2008 to respond to Constellation's Suggestion of the Absence of Jurisdiction and/or Motion to Stay Pending Appeal, provided the Rule 16 Conference set for February 6, 2008 is continued until the Court rules upon Constellation's Suggestion. Constellation sought NEC's consent to continue the Rule 16 Conference, but NEC declined to agree. In light of Constellation's appeal of the order denying its motion to compel arbitration and/or stay proceedings and the pending jurisdictional issue, Constellation respectfully suggests that the most prudent course of action would be to complete briefing on the jurisdictional issue and have the Court rule on this threshold issue prior to conducting a detailed pretrial conference pursuant to Rule 16. It is not a beneficial use of judicial resources to engage in the multiple issues that are to be addressed in a

Rule 16 Conference prior to the Court addressing whether it has jurisdiction and/or whether a stay should be granted pending the present appeal. Accordingly, Constellation respectfully suggests that the most appropriate course of action would be to address the pending Suggestion of the Absence of Jurisdiction and/or Motion to Stay Pending Appeal prior to conducting any Rule 16 Conference. Such an approach will have the salutary effect of allowing NEC the time it requests to brief the pending jurisdictional and stay issues, will allow the case to proceed in the most appropriate manner and will not prejudice NEC or the State.

Dated: January 22, 2008

Respectfully Submitted,

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

Kenneth W. Irvin (DC Bar ID #439395)
Paul Thompson
Teresa M. Goody
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: (202) 756.8116
Fax: (202) 756.8087
Email: kirvin@mwe.com

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008 the foregoing *RESPONSE OF CONSTELLATION ENERGY COMMODITIES GROUP, INC. TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S SUGGESTION OF THE ABSENCE OF JURISDICTION AND/OR MOTION TO STAY PENDING APPEAL* was filed electronically with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

Gerald J. Petros
Robin Main
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

*Counsel for The Narragansett Electric Company*

Leo J. Wold, Esq.
Richard Woolley, Esq.
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

*Counsel for State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers*

/s/ *Stacey P. Nakasian*
Stacey P. Nakasian

*Attorney for Defendant*
*Constellation Energy Commodities Group, Inc.*