UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY, Plaintiff, | : | |
| v. | : | CA 06-404 S |
| CONSTELLATION ENERGY COMMODITIES GROUP, INC., Defendant. | : | |

**ORDER**
**GRANTING MOTION**
**TO EXTEND TIME**

Before the Court is Plaintiff's Emergency Motion to Extend Time to Respond to Defendant's Suggestion of the Absence of Jurisdiction and/or Motion to Stay Pending Appeal (Document ("Doc.") #56) ("Motion to Extend" or "Motion"). Defendant Constellation Energy Commodities Group, Inc. ("Defendant"), has filed a response to the Motion which states that Defendant does not oppose the request for an extension provided the Rule 16 Conference set for February 6, 2008, is continued until after the Court rules upon Defendant's Suggestion of the Absence of Jurisdiction and/or Motion for Stay Pending Appeal ("Motion for Stay") (Doc. #50). See Response of Constellation Energy Commodities Group, Inc.[,] to Plaintiff's Emergency Motion to Extend Time to Respond to Defendant's Suggestion of the Absence of Jurisdiction and/or Motion to Stay Pending Appeal (Doc. #58) ("Response") at 1. However, Plaintiff has declined to agree to the requested continuance of the Rule 16 Conference. See id.

Therefore, the Court treats the Response as an objection.

After reviewing the filings related to the Motion, the Court concludes that it should be granted and that the Rule 16 Conference should be continued to February 22, 2008. Accordingly, the Motion to Extend is GRANTED. Plaintiff shall file its response to the Motion for Stay on or before February 11, 2008. The Rule 16 Conference is rescheduled to February 22, 2008, at 10:00 a.m.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 25, 2008