UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| The Narragansett Electric Company, State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers<br><br>Plaintiff<br><br>v.<br><br>Constellation Energy Commodities Group, Inc.<br>Defendant | ) | Dkt. No. 06-404S |

**STIPULATION**

Defendant Constellation Energy Commodities Group, Inc. ("Constellation") and Interveners the State of Rhode Island and Providence Plantations and the Rhode Island Division of Public Utilities and Carriers ("collectively "the State"), by and through their undersigned counsel, hereby stipulate and agree to extend the time up to and including February 18, 2008 within which Constellation may submit a reply memorandum in response to the State's Objection to Constellation's Suggestion of the Absence of Jurisdiction and/or Motion for Stay Pending Appeal. This extension is intended to allow Constellation to submit one reply brief in response to both the State's Objection and the papers that will be filed on or before February 11, 2008 by Plaintiff, The Narragansett Electric Company ("NEC"). The State

has requested, and Constellation hereby confirms, that Constellation will make clear in its reply memorandum whether the arguments contained therein are in reply to the State, Narragansett or both.

**Defendant,**
Constellation Energy Commodities Group, Inc.
By Its Attorney

/s/ Stacey P. Nakasian
Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
snakasian@duffysweeney.com

and
Kenneth W. Irvin, Esq. (DC Bar #439395)
Teresa M. Goody, Esq. (VA Bar #50994)
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096
202-756-8000
202-756-8087-Fax
kirvin@mwe.com
tgoody@mwe.com

**Intervenor,**
State of Rhode Island
Providence Plantations and
The Rhode Island Division of
Public Utilities and Carriers
By Its Attorneys

/s/ Leo J. Wold
Leo J. Wold, Esq. (#3613)
Richard Woolley, Esq. (#1452)
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-3160-Fax
Lwold@riag.ri.gov