UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br>Plaintiff,<br><br>v.<br><br>CONSTELLATION ENERGY COMMODITIES GROUP, INC.,<br><br>Defendant. | C.A. NO. 06-404S |

**STIPULATION**

Plaintiff and Defendant hereby stipulate that the time within which Plaintiff shall respond to Defendant's Counterclaim is extended to and includes Monday, February 18, 2008. Defendant's agreement to this Stipulation is without prejudice to its position, set forth in its pending Suggestion of the Absence of Jurisdiction and/or Motion to Stay, that the Court has been divested of jurisdiction over this matter as a result of the appeal pending in the First Circuit. Plaintiff disputes this position.

THE NARRAGANSETT ELECTRIC COMPANY
By its Attorneys,

/s/ Robin L. Main

Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
rmain@haslaw.com

CONSTELLATION ENERGY COMMODITIES GROUP, INC.
By its Attorney,

/s/ Stacey P. Nakasian

Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)
snakasian@duffysweeney.com

Dated: February 1, 2008