**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and the RHODE ISLAND DIVISION OF PUBLIC UTILITIES AND CARRIERS,

Intervenor-Plaintiff,

v. C.A. No. 06-404S

CONSTELLATION ENERGY COMMODITIES GROUP, INC.,

Defendant.

**THE NARRAGANSETT ELECTRIC COMPANY'S**
**OPPOSITION TO DEFENDANT'S SUGGESTION OF THE ABSENCE**
**OF JURISDICTION AND/OR MOTION FOR STAY PENDING APPEAL**

Plaintiff, The Narragansett Electric Company ("NEC"), opposes the Suggestion of the Absence of Jurisdiction and/or Motion for Stay Pending Appeal of Defendant, Constellation Energy Commodities Group, Inc. ("Constellation"). In support of its opposition, NEC submits and relies upon the accompanying memorandum of law.

THE NARRAGANSETT ELECTRIC COMPANY
By its attorneys,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Robin Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Facsimile)
gpetros@haslaw.com
rmain@haslaw.com

Dated: February 11, 2008

# CERTIFICATION

**To:**

Teresa M. Goody, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 2005-3096

I hereby certify that on February 11, 2008, a copy of the foregoing Opposition was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Robin Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
rmain@haslaw.com

871388 (57972-129329)