# EXHIBIT B

Narragansett Electric
A National Grid Company

Thomas G. Robinson
Laura S. Olton

June 7, 2005

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Luly E. Massaro, Commission Clerk
Rhode Island Public Utilities Commission
89 Jefferson Boulevard
Warwick, RI 02888

**RE: The Narragansett Electric Company, Petition for Approval of Settlement Agreement and Related Transactions Pertaining to Certain Standard Offer Wholesale Supply Agreements**

Dear Ms. Massaro:

Enclosed please find an original and nine (9) copies of this filing, requesting approval of a WSOS Amendment and Settlement Agreement ("Settlement Agreement") entered into between The Narragansett Electric Company ("Narragansett" or the "Company") and TransCanada Power Marketing Ltd. ("TransCanada"), as well as other related transactions.

The Settlement Agreement terminates TransCanada's obligations under two wholesale standard offer service agreements. In turn, as of the termination date, another power supplier, Constellation Energy Commodities Group, Inc. (f/k/a Constellation Power Source, Inc.) ("Constellation"), entered into agreements to provide the supply presently provided under both of those TransCanada agreements. These transactions also are subject to effectuating other amended and restated agreements, as will be described below. The Settlement Agreement is provided as Attachment 1. These transactions limit the scope of the on-going litigation between Narragansett and TransCanada and replace the existing agreements with agreements with the same terms and without the dispute, all of which is to the benefit of Narragansett's customers.

**Dispute Giving Rise to Filing**

As you may be aware, a dispute has developed between TransCanada and Narragansett regarding the Wholesale Standard Offer Service Agreement dated April 7, 1998 between TransCanada and the former EUA Companies (Blackstone Valley Electric Company, Newport Electric Corporation, and Eastern Edison Company), which has been assumed by Narragansett

280 Melrose Street
Providence, RI 02907
401-784-7667 Fax: 401-784-4321
laura.olton@us.ngrid.com

("EUA WSOS Agreement"). On May 17, 2005, TransCanada served Narragansett with a complaint in U.S. District Court in Massachusetts with regard to the EUA WSOS Agreement for breach of contract, among other claims. Narragansett filed a complaint in the U.S. District Court in Rhode Island, alleging breach of contract of the EUA WSOS Agreement, among other claims. Copies of each of the complaints also are included with this filing as Attachments 2 and 3, respectively.

The Settlement Agreement, if approved by the Commission and consented to by the Division, resolves the dispute on a prospective basis by having Constellation enter into agreements to provide the supply presently provided under both of TransCanada's Wholesale Standard Offer Service Agreements, including the EUA WSOS Agreement that is the subject of the dispute. However, litigation would still proceed between TransCanada and Narragansett to determine whether TransCanada, under the terms of the contract as disputed by Narragansett and TransCanada, would be entitled to retain the fuel payments that have been and will be made under protest by Narragansett for wholesale standard offer supply provided by TransCanada from January to the termination date. Even though litigation will continue, this partial settlement of the dispute substantially reduces the amount at stake in the litigation for all concerned.

**Description of Constellation Transactions**

Constellation has four existing wholesale standard offer supply agreements with Narragansett. Two of the Constellation agreements have fuel index provisions in effect, while the other two do not. TransCanada has two agreements. One contains a fuel index that is in effect, while the other is the subject of the dispute – Narragansett contends that fuel index ended after 2004, and TransCanada disagrees. In this proposed transaction, Constellation will enter into one new agreement, and amend an existing agreement, to provide the supply presently provided under both of TransCanada's agreements, and the new agreement to supply the EUA WSOS load will not contain a fuel index provision. Modifications to Constellation's existing agreements will be described below.

Constellation was interested in providing the supply presently provided by TransCanada to the extent it could split its pre-existing contracts and new obligations to the Company that contain a fuel index provision (i.e., those for the Narragansett Zone) into two sets of independent transactions, such that the Company's obligations to make fuel index payments are separated from the obligations to purchase power at the stipulated fixed price streams. As such, the fuel index payment provisions in the two Constellation agreements containing fuel index payments would be terminated, resulting in two amended power supply agreements with no fuel index ("Amended WSOS Agreements"). In addition, one new power supply agreement (with no fuel index) and an amendment to an existing Constellation WSOS agreement (with the fuel index being separated out) would be executed, through which Constellation would provide the supply presently provided by TransCanada in the EUA Zone and in the Narragansett Zone. In recognition of the termination of the obligation to make fuel index payments, a second set of new agreements ("Fuel Adjustment Payment Agreements") between Narragansett and Constellation would be executed for the purpose of making the fuel index payments. Each of the new Fuel

Adjustment Payment Agreements would obligate Narragansett to make the fuel index payments as such payments would have been made under the terms of the pre-existing agreements, as applicable.

For the sake of simplicity, Attachment 4 provides a list of the pre-existing agreements, with a summary of the proposed actions that affect each of them. Attachment 5 provides a list of the new agreements with Constellation with a brief summary of the intent of each. The attachments, read together, provide a simplified description of the proposed transactions as set forth above.

**Assignment of Fuel Adjustment Payment Agreements**

On or after the date the Fuel Adjustment Payment Agreements take effect, it is Constellation's intention to manage the Amended WSOS Agreements and the Fuel Adjustment Payment Agreements separately, which may include the sale or assignment of the Fuel Adjustment Payment Agreements, which contain assignment clauses. As a part of the approval process, Constellation desires assurance that, once an assignment right is properly exercised under the terms of the agreement, the agreement can be assigned without the need for Narragansett to return to the Commission for approval.

**Division Consent**

It is important to note that, in addition to the transactions being conditioned upon Commission approval, they also are conditioned upon the Division's expressed written consent to terminate the TransCanada agreements, as required by the last sentence of Section 39-1-27.3(b) of the Rhode Island General Laws. The Company is separately requesting the Division to grant the consent on the condition that Commission grants the approvals requested in this docket.

**Need for Approval by June 30**

One of the conditions to the transactions is that the Company obtain a final, non-appealable order from the Commission by June 30, 2005. Given the seven-day statutory appeal period, this would require the Commission to issue a written order by no later than the close of business on June 23. While the Company regrets that this puts this docket on an expedited basis, there was no other way that this creative solution could be consummated. For that reason, we respectfully request the Commission hold hearings in June and issue a written order approving the transactions such that the Commission order will be final and non-appealable by June 30.

The documents listed in Attachment 5 have been executed by Constellation and Narragansett and redacted versions of the agreements are attached as Attachments 6A-6H. Because the agreements with Constellation involve commercially-sensitive negotiated terms between Narragansett and Constellation, the Company requests that the redacted portion of the agreements be given confidential treatment. However, it is understood that the mechanics of the transactions themselves are not confidential and can be discussed at the hearing. The unredacted versions are being filed with the Commission in a sealed envelope marked "Contains Privileged Information – Do Not Release" in accordance with Commission Rule 1.2(g).

Accordingly, the Company respectfully requests the Commission approve the Settlement Agreement provided in Attachment 1, and the new and amended agreements that are listed in Attachment 5 and provided as Attachments 6A-6H, as described above.

Thank you for your attention to this filing. If you have any questions, please feel free to call me at 508-389-2877 or Laura Olton at 784-7667.

Very truly yours,

Thomas G. Robinson
Laura S. Olton

Thomas G. Robinson
Laura S. Olton

Enclosures

cc: Service List

**Narragansett Electric Company – Standard Offer Service Contract Assignment**
Docket TBA - Service List as of 06/03/05

I certify that a copy of the cover letter and materials accompanying this certificate were mailed or hand-deliver to the parties listed below.

Date: June 7, 2005

**Joanne M. Scanlon**
The Narragansett Electric Company

| Name | E-mail Distribution List | Phone/FAX |
|---|---|---|
| Laura Olton, Esq.<br>Narragansett Electric Co.<br>PO Box 1438<br>Providence RI 02901-1438 | Laura.olton@us.ngrid.com<br>Joanne.scanlon@us.ngrid.com<br>Ronald.gerwatowski@us.ngrid.com<br>Michael.hager@us.ngrid.com<br>Thomas.robinson@us.ngrid.com<br>Gloria.kavanah@us.ngrid.com | 401-784-7667<br>401-784-4321 |
| Paul Roberti, Esq.<br>Dept. of Attorney General<br>150 South Main St.<br>Providence RI 02903 | proberti@riag.state.ri.us<br>Steve.scialabba@ripuc.state.ri.us<br>RDiMeglio@riag.ri.gov | 401-222-2424<br>ext. 2299<br>401-222-3016 |
| John Stutz<br>Tellus Institute<br>11 Arlington St.<br>Boston MA 02116-3411 | Jstutz@tellus.org | |
| Constellation New Energy | daniel.allegretti@constellation.com<br>David.hannan@constellation.com<br>Lisa.decker@constellation.com<br>Edward.quinn@constellation.com | |
| TransCanada | dwinston@choate.com | (617) 248-4049 |

| | | |
|---|---|---|
| Dan Winston<br>Choate, Hall & Stewart LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | Mike_hachey@transcanada.com | (617) 248-4000 |
| **Original & nine (9) copies file w/:**<br>Luly E. Massaro, Commission Clerk<br>Public Utilities Commission<br>89 Jefferson Boulevard<br>Warwick RI 02888 | Lmassaro@puc.state.ri.us<br>cwilson@puc.state.ri.us<br>anault@puc.state.ri.us | 401-941-4500 |