**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and the RHODE ISLAND DIVISION OF PUBLIC UTILITIES AND CARRIERS,

Intervenor-Plaintiff,

v.

CONSTELLATION ENERGY COMMODITIES GROUP, INC.,

Defendant.

C.A. NO. 06-404S

**CONSTELLATION ENERGY AND COMMODITIES GROUP, INC.'S OPPOSITION TO THE NARRAGANSETT ELECTRIC COMPANY'S MOTION TO ENJOIN**

Defendant, Constellation Energy Commodities Group, Inc. ("Constellation") hereby objects to The Narragansett Electric Company's Motion to Enjoin Prosecution of a Related Matter in the United States District Court for the District of Massachusetts. In support of its objection, Constellation submits the accompanying memorandum of law.

Dated: May 22, 2008

Respectfully Submitted,

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

*Attorneys for Defendant*
*Constellation Energy Commodities Group, Inc.*

Kenneth W. Irvin (DC Bar #439395)
Teresa M. Goody
Kelly M. Falls
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: 202.756.8116
Fax: 202.756.8087