**HinckleyAllenSnyder LLP**
ATTORNEYS AT LAW

50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2319
TEL: 401.274.2000
FAX: 401.277.9600
www.haslaw.com

*Gerald J. Petros*
gpetros@haslaw.com

August 25, 2008

**Via Hand Delivery**

Honorable Judge William E. Smith
United States District Court for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: **The Narragansett Electric Company**
**v.**
**Constellation Energy Commodities Group, Inc.**
**C.A. No. 06-404S**

Dear Judge Smith:

I am writing to the Court on behalf of all the parties in this action: the State, Constellation, and National Grid. The parties have reached an agreement in principle that would resolve this action and the litigation before the U.S. District Court in Massachusetts and the Rhode Island Public Utilities Commission. The parties expect to complete the settlement papers shortly, and they will then seek approval of the settlement from the Rhode Island Public Utilities Commission. Commission approval is a condition of the settlement, and it may take several months to obtain the Commission's input, particularly in light of the heavy docket the Commission has this Fall. Accordingly, we respectfully request that you stay this action and any pending motions until November 14, 2008. The parties will, on or before that date, either submit a dismissal stipulation for your entry or, if a settlement cannot be achieved, contact you to discuss the resumption of the litigation.

We look forward to hearing from you.

Very truly yours,

Gerald J. Petros

cc: Counsel of Record

#919125v2